UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | 1:07-CR-022 LJO |
| | ) | |
| v. | ) | |
| | ) | ORDER FOR MENTAL EXAMINATION |
| ISRAEL CAMPOS, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

Pursuant to 18 USC 4241(b), it is ordered that a mental examination be conducted on ISRAEL CAMPOS, to determine his mental competency to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The defendant shall be transported to the nearest available facility as designated by the Attorney General which can conduct such a psychiatric or psychological examination.

It is further ordered that a report be prepared and provided to the Court after the examination.

Dated: ___April 4, 2007_____     /s/ LAWRENCE J. O'NEILL___
                                 LAWRENCE J. O'NEILL
                                 United States District Judge

1