ROBERT A. CASSIO   SBN: 179197
Attorney At Law
Civic Center Square
2300 Tulare St., Ste. 230
Fresno, California   93721
Telephone:   (559) 498-6310
Facsimile:    (559) 498-8580

Attorney for Defendant ISRAEL CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.   1:07-CR-00022-LJO |
|                         Plaintiff, | ) STIPULATION TO CONTINUE HEARING |
| v. | ) |
| ISRAEL CAMPOS, | ) |
|                         Defendant. | ) Date:   October 19, 2007<br>) Time:   9:00 a.m.<br>) Dept.:   4<br>) Honorable Lawrence J. O'Neill |

The parties hereto, by and through their respective attorneys, stipulate and agree that the hearing currently set for October 12, 2007, at 9:00 a.m., be continued to October 19, 2007, at 9:00 a.m.

The continued hearing on the motion is requested by Defendant's counsel, Robert A. Cassio, due to current health issues and the continuous testing/laboratory work prescribed by his physician.

The parties further agree that Defendant's motion for release currently due on September 20, 2007, shall be extended to Thursday, September 27, 2007, at 12:00 p.m.

The parties agree that the Government's response to Defendant's motion for release currently due on October 4, 2007, shall be extended to Thursday, October 11, 2007, at 5:00 p.m.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(B)(I).

/ /

1  Dated: September 24, 2007                    /s/ Robert A. Cassio
                                                ROBERT A. CASSIO
2                                               Attorney for Defendant
                                                ISRAEL CAMPOS
3

4  Dated: September 24, 2007                    /s/ Stanley Boone
                                                STANLEY BOONE
5                                               Assistant United States Attorney
                                                **This was agreed to by Mr. Boone**
6                                               **via telephone on September 20, 2007**

7
   The request shows good cause to continue and to exclude time.  Motion/stipulation granted.
8
   IT IS SO ORDERED.
9
   **Dated:   September 24, 2007**              /s/ Lawrence J. O'Neill
10                                              UNITED STATES DISTRICT JUDGE