FILED

SEP 15 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:07-CR-00022 LJO |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| ISRAEL CAMPOS, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on September 15, 2009, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released on Tuesday, September 15, 2009 to a representative of the U.S. Probation Office, Probation Officer Brian Bedrosian at 12:00pm. A certified Judgment and Commitment order to follow.

DATED: Sept 15, 2009

_____
LAWRENCE J. O'NEILL
U.S. District Judge

1